# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Crim. A. No. 25-cr-251 (JEB) |
| **JAN CAREY** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## UNITED STATES' NOTICE OF FILING AMENDED INFORMATION

The United States provides notice to the Court and the Defendant of the filing of an Amended Information in this matter.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:   /s/ Rajbir S Datta
Rajbir Datta; N.Y. Bar No. 5206073
Travis Wolf; N.Y. Bar No. 5483243
Assistant United States Attorney
National Security Section
601 D Street, NW
Washington, D.C. 20530
202-252-7687 (Datta)

1