UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JAN CAREY,**<br><br>Defendant. | Case No. 1:25-cr-00251-JEB |

**DEFENDANT JAN CAREY'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE MOTION TO DISMISS**

Defendant Jan Carey, by and through undersigned counsel, respectfully moves this honorable Court pursuant to Federal Rule of Criminal Procedure 45(b) for an extension of time of one additional week to file a pre-trial motion to dismiss. Counsel for the U.S. Government does not oppose the relief requested.

In support of this motion, counsel states as follows:

1. The Court previously ordered defendant to file any pre-trial motion to dismiss in this matter by October 17, 2025.

2. Due to the press of litigation in other pending matters, notwithstanding diligent efforts, defense counsel requires and is respectfully requesting one additional week within which to file defendant's pretrial motion.

3. Mr. Carey respectfully requests an additional seven days to file, up to and including October 24, 2025.

4. Undersigned counsel (Nick Place) conferred with AUSA Rajbir Datta via telephone on October 15, 2025, to ascertain the Government's position as to this motion. AUSA Datta represented that the Government did not oppose.

5.       No party will be prejudiced by the relief requested.

WHEREFORE, Mr. Carey respectfully submits that good cause exists to grant the limited extension relief requested, no prejudice will result, and requests that the Court extend the time for filing the any pretrial motion to dismiss by seven days up to and including October 24, 2025.

Respectfully Submitted,

*/s/ Nick Place*
Nick Place Bar #LA0021
nick.place@justiceonline.org
617 Florida Ave NW
Washington, DC 20001
(202) 220-8750

*/s/ Mara Verheyden-Hilliard*
Mara Verheyden-Hilliard (Bar # 450031)
mvh@justiceonline.org
Partnership for Civil Justice Fund
617 Florida Ave NW
Washington, DC 20001
(202) 919-4440

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **JAN CAREY,** <br><br> **Defendant.** | **Case No. 1:25-cr-00251-JEB** |

## ORDER

Upon consideration of the Defendant Jan Carey's Unopposed Motion for an Extension of Time to File Motion to Dismiss (the Motion) and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that deadline within which defendant may file any motion to dismiss is extended from October 17, 2025, to October 24, 2025.

**SO ORDERED**.

Date: _____

HON. JAMES E. BOASBERG
United States District Judge