

| UNITED STATES DEPARTMENT OF THE INTERIOR US Park Police INCIDENT REPORT | FORM DOI-INC-1.0 JUVENILE: ☐ SIR: ☐ |
|---|---|

Officer: TIMOTHY GAYSON

Badge: 0199

Report Author: TIMOTHY GAYSON

| Incident Number: PP25114469 | Incident Type: Law Enforcement | Incident Status: Closed | Source: |
|---|---|---|---|
| Incident Date and Time: 08/25/2025 18:20 | Incident Location: LAFAYETTE PARK NW, WASHINGTON, DISTRICT OF COLUMBIA DC USA (Region: NCR, State/Zone: DC, Area: COGA) | | |

Summary: 112/753/154 PACHECO 584 FLAG BURNING Layfette PARK 1820 SECRET SERVICE OUT WITH SUBJECT WHO TORCHED A FLAG REQUESTING OFFICER TO RESPOND PP25114469 CLOSING PARK AT 1826

**SUSPECT/OFFENDER**

**Involvement:** Arrestee; Charged

**Name:** CAREY, JAN ROBERT    **Cautions:** --    **Date of Birth:** 02/24/1971    **Sex:** Male

**Address:** --

**Tribal id:** --    **Deceased Date:** --    **SSN:** --

**Phone:** --

**Description:** Height:    Weight:    Build:    Race: White    Hair color:    Eye color:

**Mark:** --

**Clothing:** --

**Charges:**    PP25114469 36 CFR 2.13(a)(1) Adult Lighting or maintaining a fire. 08/25/2025 Arrest/phys custody

PP25114469 36 CFR 2.13(a)(3) Adult Lighting, tending, or using a fire, stove or lantern in a manner that threatens, causes damage to, or results in the burning of property, real property or park resources, or creates a public safety hazard. 08/25/2025 Arrest/phys custody

| | |
|---|---|
| OTHER INVOLVED PERSONS | |
| INVOLVED OFFICERS | #3804 VAUGHN, K. (Public safety dispatcher)<br>#0584 PACHECO, F. (Assisting officer)<br>#0199 GAYSON, T. (Arresting officer; Reporting officer)<br>#0415 PATTON, A. (Assisting officer) |
| VEHICLE | |
| PROPERTY | |

### General Report

**Report Author:**  #0199 GAYSON, T.

**Reported Date:**  08/25/2025 21:05

**Narrative:**

Body worn camera was activated at time of incident IAW USPP GO 80.00.

On 25 August 2025 at approximately 1820 hours, Ofc. Gayson responded to Lafayette Park for a report of an individual, who was observed by US National Guard members, use an accelerant of bug spray, a bottle of isopropyl alcohol, and a lighter to light an American flag on the ground on fire.

The individual, later identified as Jan Robert CAREY through NC driver's license, was detained by US Secret Service and transferred to US Park Police. Ofc. Gayson received a written statement from a member of the US National Guard who witnessed the event and positively identified CAREY.

Due to Lafayette Park being on National Park Service and federal property, the burning event posed a danger to public safety due to the absence of proper disposal receptacles and no proper fire extinguishers. Additionally, fires are prohibited in Lafayette Park. Damage was sustained to the bricks caused by the fire and by the fire extinguisher in order to put the fire out. This damage will require NPS personnel to clean the area.

US Secret Service Crime Scene officers J. Williams (2662) and Thorne (2736) arrived and took photos of where the incident occurred and recovered the burned flag, a pesticide spray can, a lighter, and a bottle of isopropyl alcohol.

CAREY was transported to US Park Police District 1 for processing and charged with:

- 36 CFR 2.13(a)(1) "fire in undesignated area"

-36 CFR 2.13(a)(3) "Lighting a fire in a manner that causes damage to real property or park resources"

CAREY was cited and released with a future court date.

Time cleared at approximately 1930 hours.

| Officer Name: GAYSON, TIMOTHY #0199 | Date: 08/26/2025 01:05 UTC | Officer Unit: USPP-WMA-COMSEC |
|---|---|---|

| Supervisor Name: | Date: | Region: NCR |
|---|---|---|
| USPP\CN=ENRIQUE WONG + OID.0.9.2342.19200300.100.1.1=14001000607490, OU=National Park Service, OU=Department of the Interior, O=U.S. Government, C=US | 08/26/2025 01:48 UTC | State/Zone: DC<br><br>Area/Duty Station: COGA |

Law Enforcement Sensitive
FOR OFFICIAL USE ONLY