UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>JAN CAREY,<br><br>                Defendant, | Criminal Action No. 25-cr-251 (JEB) |

UNITED STATES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO FILE ITS REPONSE TO DEFENDANT'S MOTION TO DISMISS

    The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court pursuant to Federal Rule of Criminal Procedure 45(b) for an extension of time to respond to Defendant's Motion to Dismiss. Counsel for Defendant does not oppose this Motion.

    The Defendant was arrested on August 25, 2025 for violating 18 U.S.C. § 1865(a). Defendant was arraigned on September 17, 2025, entered a plea of not guilty and released. Defendant was to file a Motion to Dismiss by October 17, 2025. On October 15, 2025, the undersigned spoke to defense counsel and did not oppose the Defendant's October 15, 2025 Motion for an Extension. D.E. 11. That motion was granted.

    Due to various circumstances, today, undersigned counsel conferred with Defendant's counsel, Nick Price, via telephone, involving an extension. Defendant's counsel did not oppose the Government's request for a one-week extension to file its Response. No parties would be prejudiced by this relief.

WHEREFORE, the United States believes that good cause exists for this relief and requests this Court extend the time for the Government to file its Response to Defendant's Motion to Dismiss by one week or no later than November 14, 2025.

Dated: November 5, 2025

                Respectfully submitted,

                JEANINE FERRIS PIRRO
                United States Attorney

By:    */s/ Rajbir S. Datta*
        Rajbir S. Datta, N.Y. Bar No. 5206073
        Assistant United States Attorney
        National Security Section
        United States Attorney's Office
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 252-7687
        Rajbir.Datta@usdoj.gov