# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JAN CAREY,**<br><br>Defendant. | **Case No. 1:25-cr-00251-JEB** |

### DEFENDANT JAN CAREY'S UNOPPOSED MOTION TO APPEAR REMOTELY

Defendant Jan Carey, by and through undersigned counsel, respectfully moves this honorable Court to permit Mr. Carey to appear remotely via the Court's video or telephone conferencing system for the status hearing set Monday, February 2, 2026.

In support of this motion, counsel states as follows:

1. Mr. Carey resides in Asheville, North Carolina. Mr. Carey's travel plan was to drive this weekend from Asheville to Washington, D.C., approximately 470 miles, over seven hours in normal conditions.

2. The National Weather Service is currently forecasting dangerous driving conditions, including heavy snow and temperatures as low as four degrees Fahrenheit on the night of Saturday, January 31, with snow possibly continuing into Sunday morning and temperatures remaining below freezing until Monday morning, both in Asheville and along Mr. Carey's route through North Carolina.

3. Undersigned counsel, Nick Place, conferred with AUSA Travis Wolf via telephone on January 30, 2026, to ascertain the Government's position as to this motion. AUSA Wolf represented that the Government did not oppose.

4. No party will be prejudiced by the relief requested.

WHEREFORE, Mr. Carey respectfully requests he be permitted to appear remotely via the Court's video or telephone conferencing system.

January 30, 2026                                  Respectfully Submitted,


                                                  */s/ Nick Place*
                                                  Nick Place (Bar #LA0021)
                                                  nick.place@justiceonline.org
                                                  617 Florida Ave NW
                                                  Washington, DC 20001
                                                  (202) 220-8750


                                                  */s/ Mara Verheyden-Hilliard*
                                                  Mara Verheyden-Hilliard (Bar # 450031)
                                                  mvh@justiceonline.org
                                                  Partnership for Civil Justice Fund
                                                  617 Florida Ave NW
                                                  Washington, DC 20001
                                                  (202) 919-4440

                                                  *Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JAN CAREY,**<br><br>Defendant. | Case No. 1:25-cr-00251-JEB |

## ORDER

Upon consideration of Defendant Jan Carey's Unopposed Motion to Appear Remotely and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Mr. Carey can appear via video or telephone conferencing system on February 2, 2026.

**SO ORDERED**.

Date: _____

_____
HON. JAMES E. BOASBERG
Chief Judge, United States District Court for the District of Columbia