UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAN CAREY,<br><br>　　　　　Defendant, | Criminal Action No. 25-cr-251 (JEB) |

**PROPOSED ORDER**

Upon consideration of the Government's Motion to Dismiss pursuant to Rule 48 of the Federal Rules of Criminal Procedure and Federal court precedent, this matter is dismissed with prejudice. *See United States v. Nixon*, 418 U.S. 683, 693 (1974), *United States v. Poindexter*, 719 F. Supp. 6 (D.D.C. 1989); *United States v. Fokker Servs. B.V.*, 818 F.3d 733, 741 (D.C. Cir. 2016).

_____　　　　　　　　　　　　_____
DATE　　　　　　　　　　　　　　　　HONORABLE JAMES E. BOASBERG
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

1