UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

JAN CAREY,

          Defendant,

Crim. Action No. 25-cr-251

**PROPOSED ORDER**

Upon consideration of the Government's Motion to Dismiss pursuant to Rule 48 of the Federal Rules of Criminal Procedure and Federal court precedent and the dismissal with prejudice in *United States v. Jan Carey*, 25-cr-251 (JEB), D.D.C. Aug. 25, 2025, Defendant's Violation Notices E2393226 and E2393227 are each dismissed with prejudice. *See United States v. Nixon*, 418 U.S. 683, 693 (1974), *United States v. Poindexter*, 719 F. Supp. 6 (D.D.C. 1989); *United States v. Fokker Servs. B.V.*, 818 F.3d 733, 741 (D.C. Cir. 2016). The Clerk of the Court is directed to remove these matters, currently assigned for April 15, 2025 at 9:00am, from the docket and to inform the Central Violations Bureau of this dismissal.

_____
DATE

_____
HONORABLE JAMES E. BOASBERG
CHIEF JUDGE OF THE UNITED STATES
DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

1